# Court of Appeals
# of the State of Georgia

ATLANTA, October 23, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0229. MICHAEL ANTHONY BARNHILL v. THE STATE.**

Michael Anthony Barnhill was convicted of child molestation and statutory rape. Barnhill filed a motion for new trial, which the trial court denied on September 4, 2012. Barnhill then filed a motion for reconsideration, seeking a second review of one of the grounds asserted in his original motion for new trial. The trial court denied the motion for reconsideration on August 23, 2013. On September 4, 2013, Barnhill filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of a directly appealable order. OCGA § 5-6-38 (a); *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Although the order denying Barnhill's motion for new trial was directly appealable, his notice of appeal was not filed until 366 days after the entry of that order. The denial of a motion for reconsideration is not directly appealable, nor does it extend the 30-day deadline for appealing the underlying order. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Thus, Barnhill's notice of appeal is ineffective as to the denial of his motion for reconsideration.

Because Barnhill failed to file a notice of appeal within 30 days of a directly appealable order, this appeal is hereby DISMISSED for lack of jurisdiction. As Barnhill is represented by counsel, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995). This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your

conviction.  If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Barnhill as well as to Barnhill's attorney, who is also directed to send a copy to Barnhill.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __10/23/2013__
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*